UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA RAMIREZ, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. SA-23-CV-01419-XR |
| | § | |
| SANOFI U.S. SERVICES, INC., | § | |
| SANOFI-AVENTIS U.S. LLC, | § | |
| | § | |
| *Defendants*. | § | |

### ORDER RE-SETTING STATUS CONFERENCE
### AND HEARING ON ALL PENDING MOTIONS

On this day the Court considered the status of this case. Due to a scheduling conflict, this case is RE-SET for an in-person status conference and hearing on all pending motions, if any, on **Tuesday, February 20, 2024** at **10:30 a.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** January 25, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE